UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.14.28.126, <br><br> Defendant. | Case No. 3:22-cv-07316-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 10 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: January 11, 2023

WILLIAM H. ORRICK
United States District Judge